People v Perez-Olivo
2026 NY Slip Op 03457
June 3, 2026
Appellate Division, Second Department
Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.
This decision is uncorrected and subject to revision before publication in the Official Reports.

The People of the State of New York, respondent,
v
Carlos Perez-Olivo, appellant.

Supreme Court of the State of New York, Appellate Division, Second Judicial Department
Decided on June 3, 2026
2008-11532, (Ind. No. 1664/07)
Angela G. Iannacci, J.P.
Helen Voutsinas
Donna-Marie E. Golia
Susan Quirk, JJ.

Carlos Perez-Olivo, Napanoch, NY, appellant pro se.
Susan Cacace, District Attorney, White Plains, NY (Raffaelina Gianfranceso of counsel), for respondent.

[*1]
DECISION & ORDER
Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated April 22, 2015 (People v Perez-Olivo, 127 AD3d 1110), affirming a judgment of the County Court, Westchester County, rendered December 2, 2008.
ORDERED that the application is denied.
The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see Jones v Barnes, 463 US 745; People v Stultz, 2 NY3d 277).
IANNACCI, J.P., VOUTSINAS, GOLIA and QUIRK, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Court